No. 348. Redus v. Williams, Warden. October 18, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Walter S. Smith* for petitioner. *Messrs. William N. McQueen,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.

No. 161. Campbell v. Missouri. October 18, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Paul S. Campbell, pro se. Mr. Roy McKittrick,* Attorney General of Missouri, for respondent.

No. 247. Reid v. United States. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 320. United States Gypsum Co. v. Brown, Price Administrator. October 25, 1943. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Leland K. Neeves* and *Charles M. Price* for petitioner. *Solicitor General Fahy* and *Mr. Nathaniel L. Nathanson* for respondent.

No. 344. Moody v. Wickard, Secretary of Agriculture, et al. October 25, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. G. Lyle Jones* and *John Wattawa* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon*